| | | | |
|---|---|---|---|
| Com. v. Richburg | 2041 EDA 2015 Vacated and Remanded | 07/11/2016 | CP–51–CR–0011746–2013 (Philadelphia) |
| Com. v. Cobb | 2285 EDA 2015 Affirmed | 07/11/2016 | CP–51–CR–0001029–2013 (Philadelphia) |
| Com. v. Ware | 2931 EDA 2015 Affirmed | 07/11/2016 | CP–64–CR–0000029–2015 (Wayne) |
| Com. v. Smith | 2975 EDA 2015 Affirmed | 07/11/2016 | CP–23–CR–0002706–2015 (Delaware) |
| Com. v. Brown | 3104 EDA 2015 Affirmed | 07/11/2016 | CP–39–CR–0000363–2015 (Lehigh) |
| Glushko v. Henry Law Firm | 3219 EDA 2015 Appeal dismissed | 07/11/2016 | 2438–CV–2014 (Monroe) |
| Lawndale Construction v. 1840 S. Camac | 3395 EDA 2015 Affirmed | 07/11/2016 | June Term 2015 M0017 (Philadelphia) |
| Com. v. Smith | 3450 EDA 2015 Affirmed | 07/11/2016 | CP–51–CR–0400016–1992 (Philadelphia) |
| In the Interest of: B.A.C. | 3546 EDA 2015 Affirmed Application to Withdraw as Counsel Granted | 07/11/2016 | CP–51–AP–0000465–2014 CP–51–DP–0000143–2013 (Philadelphia) |
| In the Interest of: J.L.C. | 3548 EDA 2015 Affirmed Application to Withdraw as Counsel Granted | 07/11/2016 | CP–51–AP–0000466–2014 CP–51–DP–0000144–2013 (Philadelphia) |
| U.S. Bank v. Rhodes | 301 EDA 2016 Affirmed | 07/11/2016 | 130302766 (Philadelphia) |
| P.P.D. v. M.T.G. | 1482 MDA 2015 Affirmed | 07/11/2016 | 2013–CV–05921–CU (Dauphin) |
| Com. v. Sierra | 1568 MDA 2015 Affirmed | 07/11/2016 | CP–22–CR–0002114–2015 (Dauphin) |
| Com. v. Crews | 1725 MDA 2015 Affirmed Application to Withdraw as Counsel Granted | 07/11/2016 | CP–40–CR–0003228–2010 (Luzerne) |
| Com. v. Bonson | 2096 MDA 2015 Affirmed | 07/11/2016 | CP–44–CR–0000011–2015 (Mifflin) |